**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-2433**

---

RUTH M. TONDER,

Plaintiff - Appellant,

versus

KENNETH S. APFEL, COMMISSIONER OF SOCIAL
SECURITY,

Defendant - Appellee.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   William M. Nickerson, District Judge.
(CA-99-3207-WMN)

---

Submitted:  March 22, 2001          Decided:  March 27, 2001

---

Before WILKINS, LUTTIG, and MICHAEL, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Ruth M. Tonder, Appellant Pro Se.  Lynne Ann Battaglia, United
States Attorney, Allen F. Loucks, OFFICE OF THE UNITED STATES
ATTORNEY, Baltimore, Maryland, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Ruth M. Tonder appeals the district court's order granting the Commissioner of Social Security's motion for summary judgment and affirming the denial of social security disability insurance benefits. We have thoroughly reviewed the administrative record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Tonder v. Apfel, No. CA-99-3207-WMN (D. Md. Sept. 20, 2000). We further deny as moot Tonder's motion to expedite. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2